# EXHIBIT "1"



Electronically Issued
4/14/2021 4:15 PM

SUMM
Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 968-7500
Facsimile: (702) 968-7525
Attorneys for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

TEFFAHA R. KASYONAN, individually,

Plaintiff,

v.

99 CENTS ONLY STORES LLC, a California Limited Liability Company; DOES I-V; and ROE CORPORATIONS II-V, inclusive,

Defendants.

CASE NO: A-21-832932-C
CASE NO.
DEPT. NO. Department 16

**SUMMONS**

**NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS, READ THE INFORMATION BELOW.**

**99 CENTS ONLY STORES LLC, a California Limited Liability Company**

TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   b. Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

Issued at the direction of:

Justin G. Randall, Esq.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Plaintiff

STEVEN D. GRIERSON
CLERK OF THE COURT

DEPUTY CLERK — DATE 4/14/2021
200 Lewis Avenue, 5th Floor
Las Vegas, Nevada 89155-1601

Marie Kramer

Electronically Filed
4/14/2021 4:15 PM
Steven D. Grierson
CLERK OF THE COURT

COMP
Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 968-7500
Facsimile: (702) 989-7525
Email: justin@erinjuryattorneys.com
Attorneys for Plaintiff

CASE NO: A-21-832932-C
Department 16

DISTRICT COURT

CLARK COUNTY, NEVADA

TEFFAHA R. KASYONAN, individually,

Plaintiff,

v.

99 CENTS ONLY STORES LLC, a California Limited Liability Company; DOES I-V; and ROE CORPORATIONS II-V, inclusive,

Defendants.

CASE NO.
DEPT. NO.

**COMPLAINT**

Plaintiff TEFFAHA R. KASYONAN ("Plaintiff") complains as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff is, and at all times relevant herein, was, a resident of Clark County, Nevada.

2. The actions complained of herein occurred in Clark County, Nevada.

3. Defendant 99 CENTS ONLY STORES LLC, is, and at all times mentioned herein, a California Limited Liability Company conducting business in Clark County, Nevada.

4. The true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names. When the true names and capacities of these defendants are ascertained, Plaintiffs will amend this Complaint accordingly.

5. At all times pertinent herein, Defendants were agents, servants, employees or joint venturers of every other Defendant, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

6. On September 3, 2019, Plaintiff was an invitee of Defendants at 99 CENTS ONLY STORES LLC, located at 9230 S. Eastern Ave., Las Vegas, Nevada (hereafter the "Property").

7. Defendants maintained and were in control of the Property.

8. While visiting the Property, Plaintiff slipped and fell on a liquid substance on the floor (hereafter the "dangerous condition"), causing Plaintiff to sustain serious injuries.

9. Under information and belief, Defendants had actual notice or should have known of the dangerous condition.

10. Defendants should have warned or otherwise made safe the dangerous condition because that condition was non-obvious to Plaintiff.

11. Defendants negligently, carelessly, and recklessly maintained, constructed and allowed the dangerous condition to exist.

12. As a direct and proximate result of the negligence of all Defendants, Plaintiff sustained injuries to her back, bodily limbs, organs and systems, all or some of which conditions may be permanent and disabling, and all to Plaintiff's damage in a sum in excess of $15,000.00.

13. As a direct and proximate result of the negligence of all Defendants, Plaintiff received medical and other treatment for the aforementioned injuries, and said services, care, and treatment are continuing and shall continue in the future, all to the damage of Plaintiff.

14. As a direct and proximate result of the negligence of all Defendants, Plaintiff has been required to, and has limited occupational and recreational activities, which has caused and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

15. As a direct and proximate result of the aforementioned negligence of all Defendants, Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

**FIRST CAUSE OF ACTION**

16. Plaintiff incorporates paragraphs 1 through 15 of the Complaint as if those paragraphs were fully incorporated herein.

\\\

17. Defendants owed Plaintiff a duty of care to warn Plaintiff of the non-obvious and dangerous condition.

18. Defendants breached this duty of care by failing to warn Plaintiff of the dangerous, non-obvious condition.

19. Defendants' negligence directly and proximately caused Plaintiff serious injury.

20. As a direct and proximate result of Defendants' negligence, Plaintiff received medical and other treatments for injuries sustained to her bodily limbs, organs and nervous systems, all or some of which conditions may be permanent and disabling and, all to Plaintiff's damage in a sum in excess of $15,000.00. Said services, care, and treatment are continuing and shall continue in the future.

21. As a direct and proximate result of Defendants' negligence, Plaintiff has been required to and has limited certain recreational activities, which have caused, and shall continue to cause loss of enjoyment of life.

22. Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

WHEREFORE, Plaintiff expressly reserves the right to amend this complaint prior to or at the time of trial of this action, to insert those items of damage not yet fully ascertainable, prays judgment against all Defendants, and each of them, as follows:

1. For general damages in an amount in excess of $15,000.00;
2. For special damages in an amount in excess of $15,000.00;
3. For reasonable attorney's fees and costs;
4. For property damages sustained by Plaintiff;
5. For interest at the statutory rate; and

\\\

\\\

\\\

\\\

\\\

\\\

5. For such other relief as the Court deems just and proper.

ER INJURY ATTORNEYS

By: ______________________
Justin G. Randall, Esq.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Plaintiff

Electronically Filed
4/23/2021 9:34 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**ANS**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TEFFAHA R. KASYONAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES LLC, a California Limited Liability Company; DOES I-V; and ROE CORPORATIONS II-V, inclusive,<br><br>Defendants. | CASE NO.: A-21-832932-C<br>DEPT. NO.: 16 |

**DEFENDANT, 99 CENTS ONLY STORES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant, 99 CENTS ONLY STORES LLC., by and through its attorneys, LEW BRANDON, JR., ESQ., JEFFREY ORR, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, and hereby answers Plaintiff's Complaint on file herein as follows:

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

1. Answering Paragraphs 1, 2, 4, 5, 6, 7 and 8 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

2. Answering Paragraph 3 of Plaintiff's Complaint on file herein, Defendant admits the allegations contained therein.

3. Answering Paragraphs 9, 10, 11, 12, 13, 14 and 15 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

**FIRST CAUSE OF ACTION**

4. Answering Paragraph 16 of Plaintiff's Complaint on file herein, Defendant repeats and realleges each and every allegation contained in Paragraphs 1 through 15 as though fully set forth herein.

5. Answering Paragraphs 17, 18, 19, 20, 21 and 22 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant alleges that at the time and place alleged in Plaintiff's Complaint, Plaintiff did not exercise ordinary care, caution or prudence for the protection of herself and any damages complained of by the Plaintiff in her Complaint, were directly or proximately caused or contributed to by the fault, failure to act, carelessness and negligence of Plaintiff.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**THIRD AFFIRMATIVE DEFENSE**

Defendant alleges that the Plaintiff assumed whatever risk or hazard existed at the time of this incident, if any there were, and was therefore responsible for the alleged damage suffered and further that the Plaintiff was guilty of negligence of her own acts which caused or contributed to by the fault, failure to act, carelessness or negligence of Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

All the risks and dangers involved in the factual situation described in Plaintiff's Complaint, if any there were, were open, obvious and known to the Plaintiff and by reason thereof, Plaintiff assumed the risks and dangers inherent thereto.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant alleges that the negligence of the Plaintiff exceeded that of the Defendant, and that the Plaintiff is thereby barred from recovery.

**SIXTH AFFIRMATIVE DEFENSE**

Pursuant to NRCP 11, as amended: All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore, Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

**SEVENTH AFFIRMATIVE DEFENSE**

The damages sustained by Plaintiff, if any, were caused by the acts of third persons who were not agents, servants or employees of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and as such, this Defendant is not liable in any matter to the Plaintiff.

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant at all times relevant to the allegations contained in Plaintiff's Complaint, acted with due care and circumspection in the performance of any and all duties imposed on it.

**NINTH AFFIRMATIVE DEFENSE**

That it has been necessary of the Defendant to employ the services of an attorney to defend the action and a reasonable sum should be allowed Defendant for attorney's fees, together with costs of suit incurred herein.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate her alleged damages, and, to the extent of such failure to mitigate any damages awarded to Plaintiff, should be reduced accordingly.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by applicable statutes of limitations.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant objects as to authentication, foundation and genuineness of all of Plaintiff's medical providers and documents listed or presented by Plaintiff.

WHEREFORE, Defendant, 99 CENTS ONLY STORES LLC., prays as follows:

1. That Plaintiff take nothing by way of her Complaint on file herein;
2. For reasonable attorney's fees and costs of suit incurred herein;

///

///

///

///

///

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

3. For such other and further relief as the Court may deem just and proper in the premises.

DATED this 23rd day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 384-8424
(702) 384-6568 - *facsimile*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that on April 23, 2021, I served the foregoing **DEFENDANT, 99 CENTS ONLY STORES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** through the Court's ECF electronic filing system, upon the following:

**JUSTIN G. RANDALL, ESQ.**
Nevada Bar No. 12476
**ER INJURY ATTORNEYS**
4795 South Durango Drive
Las Vegas, Nevada 89147
702-968-7500
Facsimile 702-989-7525
*justin@erinjuryattorneys.com*
*Attorneys for Plaintiff,*
*TEFFAHA R. KASYONAN*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
4/23/2021 9:36 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**IAFD**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TEFFAHA R. KASYONAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES LLC, a California Limited Liability Company; DOES I-V; and ROE CORPORATIONS II-V, inclusive,<br><br>Defendants. | CASE NO.: A-21-832932-C<br>DEPT. NO.: 16 |

**INITIAL APPEARANCE FEE DISCLOSURE**
**(NRS CHAPTER 19)**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

Defendant 99 CENTS ONLY STORES LLC $223.00

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**TOTAL REMITTED. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $223.00**

DATED this 23rd day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on April 23, 2021, I served a true and correct copy of the foregoing **INITIAL APPEARANCE FEE DISCLOSURE (NRS CHAPTER 19)** through the Court's ECF electronic filing system, upon the following:

**JUSTIN G. RANDALL, ESQ.**
Nevada Bar No. 12476
**ER INJURY ATTORNEYS**
4795 South Durango Drive
Las Vegas, Nevada 89147
702-968-7500
Facsimile 702-989-7525
*justin@erinjuryattorneys.com*
*Attorneys for Plaintiff,*
*TEFFAHA R. KASYONAN*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
4/23/2021 9:38 AM
Steven D. Grierson
CLERK OF THE COURT

DMJT
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

TEFFAHA R. KASYONAN, individually,

Plaintiff,

vs.

99 CENTS ONLY STORES LLC, a California Limited Liability Company; DOES I-V; and ROE CORPORATIONS II-V, inclusive,

Defendants.

CASE NO.: A-21-832932-C
DEPT. NO.: 16

**DEMAND FOR JURY TRIAL**

COMES NOW, Defendant, 99 CENTS ONLY STORES LLC, by and through its attorneys of record, LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and HOMERO GONZALEZ, ESQ., of the BRANDON | SMERBER LAW FIRM, and hereby demands a Jury

///

///

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Trial in the above-entitled action.

DATED this 23rd day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on April 23, 2021, I served a true and correct copy of the foregoing **DEMAND FOR JURY TRIAL** through the Court's ECF electronic filing system, upon the following:

**JUSTIN G. RANDALL, ESQ.**
Nevada Bar No. 12476
**ER INJURY ATTORNEYS**
4795 South Durango Drive
Las Vegas, Nevada 89147
702-968-7500
Facsimile 702-989-7525
*justin@erinjuryattorneys.com*
*Attorneys for Plaintiff,*
*TEFFAHA R. KASYONAN*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
4/23/2021 9:39 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

CSRE

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TEFFAHA R. KASYONAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES LLC, a California Limited Liability Company; DOES I-V; and ROE CORPORATIONS II-V, inclusive,<br><br>Defendants. | CASE NO.: A-21-832932-C<br>DEPT. NO.: 16 |

**CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM**

The undersigned parties hereby consent to service of documents by electronic means through the Court's E-filing program on behalf of the following parties: 99 CENTS ONLY STORES LLC.

Documents served by electronic means must be transmitted to the following persons at the e-mail addresses listed: l.brandon@bsnv.law; a.guzik@bsnv.law; and h.gonzalez@bsnv.law.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

It is my understanding that the attachments may be transmitted to the program in any format and will be converted to a PDF file before service is effected.

The undersigned also acknowledges that this Consent does not require service by electronic means unless the serving party elects to do so.

DATED this 23rd day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on April 23, 2021, I served a true and correct copy of the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM** through the Court's ECF electronic filing system, upon the following:

**JUSTIN G. RANDALL, ESQ.**
Nevada Bar No. 12476
**ER INJURY ATTORNEYS**
4795 South Durango Drive
Las Vegas, Nevada 89147
702-968-7500
Facsimile 702-989-7525
*justin@erinjuryattorneys.com*
*Attorneys for Plaintiff,*
*TEFFAHA R. KASYONAN*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
4/23/2021 9:41 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

DSST

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TEFFAHA R. KASYONAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES LLC, a California Limited Liability Company; DOES I-V; and ROE CORPORATIONS II-V, inclusive,<br><br>Defendants. | CASE NO.: A-21-832932-C<br>DEPT. NO.: 16 |

**DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1**

The undersigned counsel of record for Defendant, 99 CENTS ONLY STORES LLC, hereby certifies that to their knowledge, Defendant, 99 CENTS ONLY STORES LLC, is a limited liability company with no publicly held company owning ten percent (10%) or more of 99 CENTS ONLY STORES LLC.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

There are no other known interested parties other than those identified.

DATED this 23rd day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
99 CENTS ONLY STORES, LLC.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021, I served a copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1** through the Court's ECF electronic filing system, upon the following:

**JUSTIN G. RANDALL, ESQ.**
Nevada Bar No. 12476
**ER INJURY ATTORNEYS**
4795 South Durango Drive
Las Vegas, Nevada 89147
702-968-7500
Facsimile 702-989-7525
*justin@erinjuryattorneys.com*
*Attorneys for Plaintiff,*
*TEFFAHA R. KASYONAN*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
4/23/2021 9:42 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**REQT**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TEFFAHA R. KASYONAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES LLC, a California Limited Liability Company; DOES I-V; and ROE CORPORATIONS II-V, inclusive,<br><br>Defendants. | CASE NO.: A-21-832932-C<br>DEPT. NO.: 16 |

**NRCP 16.1(a)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY**

Pursuant to NRCP 16.1(a)(1)(C), Defendant 99 CENTS ONLY STORES LLC, hereby requests that Plaintiff, TEFFAHA R. KASYONAN, provide within thirty (30) days of this Request, computation of any and all categories of damages claimed by Plaintiff, including making available for inspection and copying as under Rule 34, the documents or other evidentiary matter

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

DATED this 23rd day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on April 23, 2021, I served a true and correct copy of the foregoing **NRCP 16.1(a)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY** through the Court's ECF electronic filing system, upon the following:

**JUSTIN G. RANDALL, ESQ.**
Nevada Bar No. 12476
**ER INJURY ATTORNEYS**
4795 South Durango Drive
Las Vegas, Nevada 89147
702-968-7500
Facsimile 702-989-7525
*justin@erinjuryattorneys.com*
*Attorneys for Plaintiff,*
*TEFFAHA R. KASYONAN*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM

**ABREA**
Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 968-7500
Facsimile: (702) 968-7525
Email: justin@erinjuryattorneys.com
*Attorneys for Plaintiffs*

DISTRICT COURT

CLARK COUNTY, NEVADA

TEFFAHA R. KASYONAN, individually,

Plaintiff,

v.

99 CENTS ONLY STORES LLC, a California Limited Liability Company; DOES I-V; and ROE CORPORATIONS II-V, inclusive,

Defendants.

CASE NO.: A-21-832932-C

DEPT NO.: 16

**PETITION FOR EXEMPTION FROM ARBITRATION**

COMES NOW Plaintiff, TEFFAHA R. KASYONAN, by and through her attorneys of record, JUSTIN G. RANDALL, ESQ., of ER INJURY ATTORNEYS, and hereby requests the above entitled matter be exempted from arbitration pursuant to Nevada Arbitration Rule 3 and 5, as this case:

1. ____ presents a significant issue of public policy;

2. XX involves an amount in issue in excess of $50,000, exclusive of interest and costs;

3. ____ presents unusual circumstances which constitute good cause for removal from the program.

This is an action for personal injuries resulting from a slip and fall incident that occurred on September 3, 2019 in Clark County Nevada. On this date, Plaintiff was an invitee of Defendant 99 CENTS ONLY STORES LLC. While visiting the property, Plaintiff slipped on a slippery, liquid substance, causing Plaintiff serious injuries.

To date, Plaintiff TEFFAHA R. KASYONAN has incurred the following medical expenses as a result of the subject incident:

| | | |
|---|---|---|
| 1. | Community Ambulance | $1,132.33 |
| 2. | St. Rose Dominican Hospital- Siena Campus | $84,634.00 |
| 3. | Vituity Partners | $2,406.00 |
| 4. | Radiology Associates of Nevada | $946.44 |
| 5. | Beaumont Hospital | $46,690.76 |
| 6. | Advanced Family Medicine | $3,068.22 |
| | **TOTAL DAMAGES** | **$138,877.75** |

Since the fall, Plaintiff has spent significant time inpatient at hospitals due to pain and blood clots. Plaintiff is still gathering her records and bills for her care.

As is evidenced by the injuries diagnosed by Plaintiff's healthcare providers, together with the significant medical expenses incurred by Plaintiff and the future cost of treatment, Plaintiff's case has a probable jury award value in excess of $50,000. Accordingly, and pursuant to N.A.R. 3, this matter is appropriately exempted from the Court Annexed Arbitration Program. Further, this request for exemption has been timely filed pursuant to the requirements set forth in N.A.R. 5.

Based upon the foregoing, I hereby certify pursuant to N.R.C.P. 11 this case to be within the exemption marked above, and I am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

ER INJURY ATTORNEYS

Justin G. Randall, Esq.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to N.R.C.P. 5(a), E.D.C.R. 7.26(a) and N.E.F.C.R. 9, I hereby certify that I am an employee of ER INJURY ATTORNEYS, and on the 27th day of April, 2021, the foregoing **PETITION FOR EXEMPTION FROM ARBITRATION** was served by electronic via the Eighth Judicial Court's Odyssey E-File and Serve system, to the following counsel of record:

Lew Brandon, Jr., Esq.
Andrew Guzik, Esq.
Homero Gonzalez, Esq.
BRANDON | SMERBER LAW FIRM
138 E Warm Springs Rd.
Las Vegas, Nevada 89119
*Attorney for Defendant*

*/s/ Amber Geiman*
An Employee of ER INJURY ATTORNEYS

**Bonita Alexander**

**From:** Lewis Brandon
**Sent:** Tuesday, April 27, 2021 4:16 PM
**To:** Bonita Alexander
**Cc:** Homero Gonzalez; Andrew Guzik
**Subject:** FW: Notification of Service for Case: A-21-832932-C, Teffaha Kasyonan, Plaintiff(s)vs.99 Cents Only Stores LLC, Defendant(s) for filing ADR - Request for Exemption From Arbitration - ABREA (CIV), Envelope Number: 7790954

Ba- for me Tomorrow- pls START THE fed court removal , stmt, cert interested poartes, disc plan, notice of 26. 1 for Andrew in 2 weeks. , etc.

LEW BRANDON, JR., ESQ.
BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
TEL. 702-380-0007
FAX. 702-380-2964

**From:** efilingmail@tylerhost.net <efilingmail@tylerhost.net>
**Sent:** Tuesday, April 27, 2021 4:14 PM
**To:** Lewis Brandon <l.brandon@bsnv.law>
**Subject:** Notification of Service for Case: A-21-832932-C, Teffaha Kasyonan, Plaintiff(s)vs.99 Cents Only Stores LLC, Defendant(s) for filing ADR - Request for Exemption From Arbitration - ABREA (CIV), Envelope Number: 7790954




# Notification of Service

Case Number: A-21-832932-C
Case Style: Teffaha Kasyonan, Plaintiff(s)vs.99 Cents Only Stores LLC, Defendant(s)
Envelope Number: 7790954

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | A-21-832932-C |
| **Case Style** | Teffaha Kasyonan, Plaintiff(s)vs.99 Cents Only Stores LLC, Defendant(s) |
| **Date/Time Submitted** | 4/27/2021 4:12 PM PST |
| **Filing Type** | ADR - Request for Exemption From Arbitration - ABREA (CIV) |
| **Filing Description** | Petition for Exemption from Arbitration |
| **Filed By** | Amber Geiman |